# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEVEN A. KELLER,                           )
                                            )
    Plaintiff                           )
                                            )
v.                                          )
                                            )    **Case No. 1:07-cv-01388 RMU**
LINDA M. SPRINGER, DIRECTOR,                )
U.S. OFFICE OF PERSONNEL                    )
MANAGEMENT,                                 )
                                            )
    Defendant.                          )
_____ )

## EX-PARTE MOTION FOR CM/ECF PASSWORD

Plaintiff Pro Se Steven A. Keller hereby seeks leave of the Court to obtain a CM/EC.

password in order to allow him to file and receive documents electronically in the above-

captioned matter.  The Movant owns a personal computer in his place of residence with 24/7

internet access through a DSL connection, and has the capacity to file documents and receive the

filings of other parties electronically on a regular basis.  The Movant understands that he must

satisfy all prerequisites established by the Clerk of the Court before he will be issued a CM/ECF

password by the Clerk.

Respectfully submitted,

STEVEN A. KELLER
1625 Q St NW # 201
Washington, D.C.  20009
202-234-3233
PLAINTIFF PRO SE

**RECEIVED**

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **STEVEN A. KELLER,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 1:07-cv-01388 RMU** |
| **LINDA M. SPRINGER, DIRECTOR,** | ) | |
| **U.S. OFFICE OF PERSONNEL** | ) | |
| **MANAGEMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon motion of Plaintiff Pro Se Steven A. Keller, and good cause appearing therefor,

IT IS HEREBY ORDERED that leave is granted to Plaintiff Pro Se Steven A. Keller to obtain a CM/ECF password from the Clerk of the Court. It is further ordered that Plaintiff Pro Se must satisfy all prerequisites established by the Clerk of the Court before he will be issued a CM/ECF password by the Clerk.

Dated this _____ day of _____, 2007.

_____
U.S. DISTRICT COURT JUDGE