UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER, | ) |
| Plaintiff | ) )  ) |
| v. | ) ) ) Case No. 1:07-cv-01388 RMU |
| LINDA M. SPRINGER, DIRECTOR, U.S. OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) |
| Defendant. | ) ) ) |

## AFFIDAVIT OF SERVICE OF PROCESS

I, Steven A. Keller, hereby declare that on the 1st day of August, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to defendant Linda M. Springer, Director, U.S. Office of Personnel Management, as well as the Attorney General of the United States and the U.S. Attorney for the District of Columbia, which constitutes proper service of process pursuant to FED. R. CIV. P. 4(i). Attached hereto are the certified receipt cards acknowledging service of process on the defendant.

STEVEN A. KELLER
1625 Q St NW # 201
Washington, D.C. 20009
202-234-3233
PLAINTIFF PRO SE

RECEIVED
AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ella John_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Ella John s<br>C. Date of Delivery: 8-10-07 |
| 1. Article Addressed to:<br>LINDA M. SPRINGER<br>DIRECTOR, US OFFICE<br>OF PERSONNEL MGMT<br>1900 E ST. NW<br>WASHINGTON DC 20405 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0002 8476 0707 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _signature_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): AUG 0 6 2007<br>C. Date of Delivery |
| 1. Article Addressed to:<br>ALBERTO GONZALES<br>US ATTY GENERAL<br>950 PENNSYLVANIA AV NW<br>WASHINGTON DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0002 8476 0684 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _signature_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): AUG 0 6 2007<br>C. Date of Delivery |
| 1. Article Addressed to:<br>JEFFREY TAYLOR<br>US ATTORNEY<br>555 FOURTH ST NW<br>WASHINGTON DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0002 8476 0691 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540