UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN A. KELLER,<br>1625 Q Street, N.W.<br>Apartment 201<br>Washington, D.C. 20009,<br><br>      Plaintiff,<br><br>      v.<br><br>LINDA M. SPRINGER,<br>Director,<br>U.S. Office of Personnel Management,<br>1900 E Street, N.W.<br>Washington, D.C. 20415,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1388 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of August, 2007, the foregoing *Notice of Appearance* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

> Steven A. Keller
> 1625 Q Street, N.W.
> Apartment # 201
> Washington, D.C. 20009

                                        __/s/_____
                                        JONATHAN C. BRUMER, D. C. BAR # 463328
                                        Special Assistant United States Attorney
                                        Judiciary Center Building
                                        555 Fourth Street, N.W., Room E4815
                                        Washington, D.C. 20530
                                        (202) 514-7431
                                        (202) 514-8780 (facsimile)