UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDA M. SPRINGER, )<br>Director, )<br>U.S. Office of Personnel Management, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1388 (RMU) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, Linda M. Springer, Director of the U.S. Office of Personnel Management, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to the Complaint in this action.

Defendant requests that the deadline for responding to the Complaint be extended by forty one days, from October 9, 2007 to November 19, 2007. This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered. Pursuant to Local Civil Rule 7(m), on October 5, 2007, the undersigned counsel for the Defendant contacted pro se Plaintiff and discussed this Motion.[1] During that conversation, the *pro se* Plaintiff advised government counsel that, while he would not agree to a forty one day enlargement, he did consent to a thirty day enlargement of time on Defendant's deadline for filing a response to

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." The Rule does not require counsel to confer with pro se parties about non-dispositive motions. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with non-prisoner pro se parties.

Plaintiff's Complaint. In support of this motion, Defendant avers the following:

1. Plaintiff filed his Complaint in this action on July 31, 2007. See Docket Entry No. 1. Service was not perfected until August 7, 2007, when the United States, through the United States Attorney's Office, was served with the Complaint. Because the present matter was filed pursuant to the Administrative Procedure Act ("APA"), the Defendant has 60 days in which to respond to Plaintiff's Complaint. See Fed. R. Civ. P. 12(a)(3)(A). Consequently, Defendant's Answer or other Response to the Complaint is currently due by October 9, 2007.

2. This case was assigned to the undersigned counsel for Defendant on or about August 15, 2007. About two weeks ago, on September 18, 2007, the undersigned counsel had a preliminary conversation with the agency counsel assigned to this matter. Since September 18, 2007, the undersigned counsel and agency counsel have had several conversations about this case, and have begun the process of analyzing Plaintiff's Complaint and gathering relevant information.

3. The undersigned Counsel for Defendant will however need some additional time to familiarize himself with the procedural history of this case and the relevant legal authorities, review the administrative record and confirm that it is complete, confer with agency counsel about the circumstances of this case, obtain relevant documents and information from agency counsel, and prepare an appropriate response to Plaintiff's Complaint. The undersigned counsel anticipates that he may want to file a dispositive motion in response to Plaintiff's Complaint, which will require additional time for preparation.

4. Since August 15, 2007, the approximate date on which this case was assigned to the undersigned counsel, he has contended with numerous deadlines in his other cases. During that

period, he prepared and filed the following pleadings, among others: (1) a Motion to Dismiss, or in the Alternative, for Summary Judgment in <u>White v. Federal Bureau of Investigation, *et. al.*</u>, Civil Action No. 07-838 (D.D.C.) (filed on August 22, 2007); (2) a Motion to Dismiss or, in the Alternative, for Summary Judgment in <u>Johnson v. DEA, Fenty, *et. al.*</u>, Civil Action No. 07-935 (D.D.C.) (filed on August 29, 2007); (3) a Motion to Dismiss, or in the Alternative, for Summary Judgment in <u>West v. Jackson</u>, Civil Action No. 07-0727 (D.D.C.) (filed on September 4, 2007); (4) a Reply brief in <u>Bonaparte v. United States Department of Justice</u>, Civil Action No. 07-749 (D.D.C.) (filed on September 7, 2007); (5) a Reply brief in <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.) (filed on September 12, 2007); and (6) a Motion for Summary Judgment in <u>Federal Cure v. Lappin</u>, Civil Action No. 07-843 (D.D.C.) (filed on September 18, 2007). During this period, he also conducted one deposition, defended two depositions, and prepared and served discovery requests and responses in connection with <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.). During this period, he handled a number of additional matters related to his other case assignments.

    5. Within the next thirty eight (38) days, counsel for Defendant will have numerous briefing deadlines in his other cases, including: (1) an Answer or other Response to the Complaint in <u>Lieberman v. HHS</u>, Civil Action No. 07-1602 (D.D.C.); (2) a response to a Motion for Costs, or in the Alternative, for Reconsideration in <u>Sample v. BOP</u>, Civil Action No. 03-805 (D.D.C.); (3) an Answer or other Response to the Complaint in <u>Isasi v. United States</u>, Civil Action No. 06-2222 (D.D.C.); (4) an Answer or other Response to the Amended Complaint in <u>Cooper v. EOUSA</u>, Civil Action No. 07-744 (D.D.C.); (5) a Reply brief in <u>Dews-Miller v. Rice</u>, Civil Action No. 06-1764 (D.D.C.) ("<u>Dews-Miller</u>"), a complex case both in its procedural

history and the range of legal issues implicated (the complaint for Dews-Miller contains no fewer than 22 counts and 115 paragraphs); (6) a Response to the Amended Complaint in Murthy v. Conner, Civil Action No. 06-2208 (D.D.C.); and (7) a dispositive motion in Von Muhlenbrock v. Billington, Civil Action No. 05-1921 (D.D.C.).

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to November 19, 2007.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 5th day of October, 2007, the foregoing *Motion for Enlargement of Time* was served on Plaintiff, pro se, by first class, postage pre-paid mail, addressed as follows:

>Steven A. Keller
>1625 Q Street, N.W.
>Apartment # 201
>Washington, D.C. 20009

        /s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN A. KELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1388 (RMU) |
| ) | |
| LINDA M. SPRINGER, ) | |
| Director, ) | |
| U.S. Office of Personnel Management, ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the Complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until November 19, 2007, to respond to the Complaint.

_____
RICARDO M. URBINA
United States District Court Judge

Copies of this order to:

Steven A. Keller
1625 Q Street, N.W.
Apartment # 201
Washington, D.C. 20009

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530