UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER,              )<br>                                              )<br>     Plaintiff                           )<br>                                              )<br>v.                                         )<br>                                              )        Case No. 1:07-cv-01388 RMU<br>LINDA M. SPRINGER, DIRECTOR, )<br>U.S. OFFICE OF PERSONNEL     )<br>MANAGEMENT,                        )<br>                                              )<br>     Defendant.                       )<br>_____) | |

### JOINT MOTION TO VACATE INITIAL STATUS HEARING PRESENTLY SET FOR JANUARY 15, 2008 AND NOTICE OF SETTLEMENT NEGOTIATIONS

Pro Se Plaintiff Steven A. Keller, and counsel for Defendant Linda Springer, Director, U.S. Office of Personnel Management ("OPM") have conferred regarding this matter, and now move that the initial status hearing presently set for Tuesday, January 15, 2008, at 10:30 am, be vacated. This motion is based on the fact that this case is an action for review of an administrative record governed by the Administrative Procedure Act ("APA"), as well as the fact that the parties have been actively negotiating a settlement agreement that would result in dismissal of this action, and have made substantial progress toward that end.

First, administrative record review actions under the APA do not, as a general rule, involve any discovery, as they are based on the administrative record below, and no discovery is anticipated by either party at this time if this case were to be litigated. In addition, pursuant to Fed. R. Civ. P. 26(a)(1)(E)(i), (f), and LCvR 16.3(b)(1), cases involving an action for review on an administrative record are exempted from the requirements for a Rule 26(f) conference, a joint

meet and confer statement, and initial disclosures.  The parties anticipate that, if this case were to be litigated, the merits would be submitted and decided on summary judgment motions.  For these reasons, the Court might regard an initial status hearing as unnecessary.

Second, as indicated above, the parties have been engaged in serious negotiations regarding a settlement agreement and stipulation of dismissal of this action.  Such a settlement would render any scheduling order moot.

Because the parties are making substantial progress toward reaching a settlement agreement and stipulation of dismissal, and because of the initial disclosure exemptions and lack of anticipated discovery, the parties believe that vacating the initial status hearing would be in the interest of economy for the Court and parties alike.  For this reason, the parties jointly move the Court for an order vacating the initial status conference presently set for January 15, 2008.

A proposed Order is attached.

Respectfully submitted,

\_\_\_\_/s/_____
STEVEN A. KELLER
1625 Q St NW # 201
Washington, D.C.  20009
(202) 234-3233
(202) 234-3233 (fax)

Pro Se Plaintiff

      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United State Attorney for the District of Columbia


      /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122


      /s/
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (fax)

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER, | ) |
|     Plaintiff | ) ) ) |
| v. | ) ) |
| | )   Case No. 1:07-cv-01388 RMU |
| LINDA M. SPRINGER, DIRECTOR, U.S. OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

UPON CONSIDERATION of the parties' Motion to Vacate Initial Status Hearing Presently Set for January 15, 2008, and Notice of Settlement Negotiations, as well as the record herein, and good cause appearing therefor,

IT IS ORDERED that the parties' Joint Motion to Vacate Initial Status Hearing Presently Set for January 15, 2008, is hereby GRANTED and such hearing is hereby vacated.

Dated this _____ day of January, 2008.

_____
RICARDO M. URBINA
United States District Court Judge