UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.  1:07-CV-01388 RMU |
| | ) |
| LINDA M. SPRINGER, DIRECTOR, | ) |
| U.S. OFFICE OF PERSONNEL | ) |
| MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Assistant United States Attorney Madelyn E. Johnson as lead counsel for defendant in the above-captioned case.

_____
MADELYN JOHNSON, D.C. BAR ##292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7135

**Counsel for Defendant**