UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER,<br><br>      Plaintiff,<br><br><br>LINDA M. SPRINGER, DIRECTOR,<br>U.S. OFFICE OF PERSONNEL<br>MANAGEMENT,<br><br>      Defendant. | )<br>)<br>)<br>) Civil Action No.  1:07-CV-01388 RMU<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR EXTENSION OF TIME

    Defendant, by undersigned counsel and pursuant to Fed. R. Civ. P. 6, respectfully requests a brief enlargement of time, to and including May 20, 2008, within which to file the parties joint proposed schedule.  In support of this motion, undersigned counsel states the following.

    By Minuet Order dated May 7, 2008, the Court instructed the parties to file a joint status report with a proposed schedule for briefing dispositive motions in the above-captioned case on Friday, May 16, 2008.  The parties conferred regarding scheduling and came to agreement on dates to propose to the Court.  Additionally, the parties had some discussion regarding their past settlement attempts.  However, on Friday, May 16th, undersigned counsel had a family emergency, was out of the Office for the entire day and was out of communication with plaintiff.  In an email, plaintiff indicated that he would file a status report with the Court but undersigned counsel did not see any entry to this effect on the docket as of today.  Accordingly, defendant requests this enlargement of time to allow the parties to memorialize their agreed upon dates and file their joint status report with the Court.  Counsel regrets that she did not file this motion earlier, but she did not anticipate that she would be out of the Office and unavailable prior to the due date for the parties joint status report.

This is defendant's first request for an enlargement of time for this purpose. Defendant requested one prior enlargement of time of the date to file an Answer. Prior to filing this motion, undersigned counsel attempted to contact plaintiff by telephone but was unable to reach him.

WHEREFORE, defendant respectfully requests that this motion be granted. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm E4114
555 4th Street, N.W.
Washington, D.C. 20530
*(202) 514-7135*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER,              )<br>                                              )<br>      Plaintiff,                        )<br>                                              ) Civil Action No. 1:07-CV-01388 RMU<br>                                              )<br>LINDA M. SPRINGER, DIRECTOR, )<br>U.S. OFFICE OF PERSONNEL    )<br>MANAGEMENT,                      )<br>                                              )<br>      Defendant.                    )<br>_____) | |

PROPOSED ORDER

UPON CONSIDERATION of defendant's motion for extention of time, to and including May 20, 2008, within which to file the parties joint status report to the Court, and the record in this case, it is this _____ day of _____, 2008

ORDERED that the motion should be, and hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE