## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>LINDA M. SPRINGER, DIRECTOR, )<br>U.S. OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>    Defendant. )<br>_____) | Case No. 1:07-cv-01388 RMU |

## **PLAINTIFF'S STATUS REPORT**

Pro Se Plaintiff Steven A. Keller hereby submits his status report in the above-captioned matter.

By minute order dated May 7, 2008, the Court directed the parties to file a joint status report on before May 16, 2008, proposing a dispositive motions schedule. On May 12, 2008, pro se plaintiff and counsel for defendant telephonically discussed a tentative briefing schedule for dispositive motions. Pro se plaintiff followed up by drafting a draft joint status report and proposed order, and transmitted these drafts to counsel for defendant on the evening of May 12 by e-mail. Pro se plaintiff also indicated to defense counsel that a previous request to correct a problem with the administrative record had yet to be responded to, and that this issue also needed attention. Pro se plaintiff has not heard back from defense counsel since May 12, despite two voice messages and two e-mail messages left by pro se plaintiff. Pro se plaintiff is therefore submitting his status report without participation by defendant.

The parties had previously notified the court on January 11, 2008, that they were close to finalizing a settlement in this matter. Settlement discussions since then have not resulted in a final settlement document acceptable to both parties. In his e-mail to defense counsel on May 12, pro se plaintiff also transmitted a new settlement proposal to defendant in hopes of rejuvenating stalled settlement discussions. Although pro se plaintiff had requested a response by today's date, no response has been received.

Pro se plaintiff therefore hereby submits his schedule for submitting his dispositive motion to the court.

Plaintiff will file his Motion for Summary Judgment by no later than June 16, 2008.

Defendant will file her response to plaintiff's Motion for Summary Judgment by no later than July 18, 2008, as tentatively agreed by pro se plaintiff and defense counsel on May 12.

Plaintiff will file his reply in support of his Motion for Summary Judgment, if any, by no later than August 8, 2008, as tentatively agreed by pro se plaintiff and defense counsel on May 12.

This schedule assumes that defendant will cooperate with pro se plaintiff in addressing the problems with the administrative record previously identified by pro se plaintiff.

A proposed Order is attached.

Respectfully submitted this 16th day of May, 2008.

_____/s/_____
STEVEN A. KELLER
1625 Q St NW # 201
Washington, D.C. 20009
(202) 234-3233
(202) 234-3233 (fax)

Pro Se Plaintiff

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER,        )<br>                          )<br>    Plaintiff           )<br>                          )<br>v.                        )<br>                          )<br>LINDA M. SPRINGER, DIRECTOR, )<br>U.S. OFFICE OF PERSONNEL  )<br>MANAGEMENT,               )<br>                          )<br>    Defendant.            )<br>_____) | Case No. 1:07-cv-01388 RMU |

## ORDER

UPON CONSIDERATION of Pro Se Plaintiff's status report,

IT IS ORDERED that Plaintiff shall file his Motion for Summary Judgment by no later than June 16, 2008; Defendant shall file her response to plaintiff's Motion for Summary Judgment by no later than July 18, 2008; and Plaintiff shall file his reply in support of his Motion for Summary Judgment, if any, by no later than August 8, 2008.

IT IS FURTHER ORDERED that defendant cooperate with pro se plaintiff in addressing the problems with the administrative record identified by pro se plaintiff.

Dated this _____ day of May, 2008.

_____
RICARDO M. URBINA
United States District Court Judge