UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN A. KELLER, | ) |
|       Plaintiff, | ) |
| | ) Civil Action No. 1:07-CV-01388 RMU |
| LINDA M. SPRINGER, DIRECTOR, U.S. OFFICE OF PERSONNEL MANAGEMENT, | ) |
|       Defendant. | ) |

JOINT STATUS REPORT

Pursuant to the Court's Orders of May 7, 2008 and May 20, 2008, the parties jointly file the following status report and proposed schedule for further proceedings:

Plaintiff has raised a concern about certain pages in the administrative record as electronically filed with the Court. The concern arises because these pages, which were annotated and/or highlighted, become illegible when scanned and reproduced electronically. The annotations and highlighted text were part of plaintiff's submission to the Office of Personnel Management and thus are a part of the record itself. Accordingly, the parties have agreed that within 15 days of the date of this Report, legible hard copies of these pages will be filed with the Court.

The parties propose the following dates for briefing the merits of this case:

1. Plaintiff will file his motion for summary judgment on or before **June 16, 2008**;

2. Defendant will file its Opposition to plaintiff's motion and any cross-motion for summary judgment on or before **July 18, 2008**;

3. Plaintiff will file his Reply and any Opposition to defendant's cross-motion on or before **August 22, 2008**; and

4. Defendant will file its Reply on or before **September 12, 2008**.

The parties have continued to have settlement discussions, to wit: in February 2008, defendant forwarded its draft agreement to plaintiff; on May 13, 2008, plaintiff responded with a counter. Defendant will respond. In the event of any change in the status of the case, one or both parties will so inform the Court.

This joint status report supersedes the status report filed on May 16, 2008.

Respectfully submitted,

　　　　　　　　　　　/s/
STEVEN A. KELLER,
1625 Q Street, NW
Washington, DC 20009
(202) 234-3233

Plaintiff, *pro se*


JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　　　　　　　　　　　/s/
RUDOLPH CONTRERAS, D.C. BAR # 43412
Assistant United States Attorney

　　　　　　　　　　　/s/
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office, Rm  E4114
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7135

Counsel for Defendant