REFERRAL TO MAGISTRATE JUDGE

CATEGORY: "C"

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | JUDICIAL REVIEW OF AGENCY ACTION | | | |
|---|---|---|---|---|
| CASE NO: <br> C.A. 07-1388 | DATE REFERRED: <br> May 22, 2008 <br><br> DISPOSITION DATE: | PURPOSE: <br> SETTLEMENT DISCUSSIONS | JUDGE: <br> RICARDO M. URBINA | MAG. JUDGE <br> JOHN M. FACCIOLA |
| PLAINTIFF(S): <br> STEVEN A. KELLER | | DEFENDANT(S): <br> LINDA M. SPRINGER, Director of U. S. Office of Personnel Management | | |
| ENTRIES: | | | | |